UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **WHITNEY HAYWARD**, <br> *on behalf of herself and all others similarly situated,* <br> <br> Named Plaintiff, <br> <br> v. <br> <br> **CHI LIVING COMMUNITIES,** <br> <br> Defendant. | Case No. 3:25-cv-1502 <br> <br> Judge Jeffrey J. Helmick <br> <br> Magistrate Judge Darrell A. Clay |

**JOINT STIPULATION AND MOTION TO FACILITATE NOTICE TO OTHER EMPLOYEES AND TO APPROVE THE PARTIES' PROPOSED NOTICE AND CONSENT**

Named Plaintiff Whitney Hayward ("Named Plaintiff"), on behalf of herself and all others similarly situated, and Defendant CHI Living Communities (collectively Named Plaintiff and Defendant will be referred to as the "Parties") hereby notify the Court that, contingent upon the Court entering an Order affirming the terms of their agreement as set forth herein, the Parties jointly stipulate to issue notice of a collective action pursuant to 29 U.S.C. § 216(b) and move this Court to approve the attached Notice and Consent Form[1] to be sent to the potential opt-in plaintiffs who are defined as:

> **All current and former hourly, non-exempt direct care employees of Defendant who (1) were working in assisted living, memory care, and skilled nursing/rehabilitation departments or facilities (not including independent living and adult day service departments or facilities), and (2) in those weeks where you worked 40 or more hours in a workweek, did not receive overtime pay due to a missed or interrupted meal period beginning [three years before this Motion was filed] through the**

---

[1] *See* **Exhibit A**.

107404310.1

**present ("Potential Opt-Ins").**

Subject to the Court's approval, the Parties will provide notice to the Potential Opt-Ins in accordance with the following schedule:

1. The Parties jointly submit as **Exhibit A** the proposed Notice and Consent to Join forms ("Notice Packet") to be authorized by the Court;

2. Within 21 days of the Court's entry of an Order approving the Parties' Notice Packet, Defendant shall provide to Named Plaintiff's Counsel a list (in Microsoft Office Excel format) containing the names, position(s) held, location(s) worked, last known addresses (including zip code), and personal email addresses of the Potential Opt-Ins (to the extent Defendant has such information).

3. Named Plaintiffs' Counsel will (a) mail (via First Class U.S. Mail) and (b) email **Exhibit A** to the Potential Opt-Ins within 14 days of receiving the list. The Potential Opt-Ins shall have 60 days from the date the Notice Packet is sent to return their Consent to Join form and opt-in to this case.

The Parties' agreement and stipulation set forth above is for purposes of this action only and contingent upon the Court entering an Order affirming the Parties' agreement as follows. By entering this Stipulation for notice, Defendant does not waive any statute of limitations defense against any Potential Opt-In who elects to join this matter, any defense challenging collective class certification, or any other defense. A Proposed Order is attached.

Respectfully Submitted,

| | |
|---|---|
| **COFFMAN LEGAL, LLC** | **POLSINELLI PC** |
| */s/ Matthew J.P. Coffman* | */s/ Robert J. Hingula (per email consent)* |
| Matthew J.P. Coffman (0085586) | ROBERT J. HINGULA (#MO56353) |
| Adam C. Gedling (0085256) | 900 W. 48th Place, Suite 900 |
| Tristan T. Akers (0102298) | Kansas City, MO 64112 |
| 1550 Old Henderson Road | 816-753-1000 |
| Suite 126 | Fax: 816-753-1536 |
| Columbus, Ohio 43220 | rhingula@polsinelli.com |
| Phone: 614-949-1181 | |
| Fax: 614-386-9964 | *Attorney for Defendant CHI Living Communities* |
| Email: mcoffman@mcoffmanlegal.com | |
| agedling@mcoffmanlegal.com | |
| takers@mcoffmanlegal.com | |

*/s/ Daniel I. Bryant*
Daniel I. Bryant (0090859)
**BRYANT LEGAL, LLC**
4400 N. High St., Suite 310
Columbus, Ohio 43214
Phone: (614) 704-0546
Facsimile: (614) 573-9826
Email: dbryant@bryantlegalllc.com

Esther E. Bryant (0096629)
**BRYANT LEGAL, LLC**
3450 W Central Ave., Suite 370
Toledo, Ohio 43606
Telephone: (419) 824-4439
Facsimile: (419) 932-6719
Email: Ebryant@bryantlegalllc.com

*Attorneys for Named Plaintiff and others similarly situated*

3

107404310.1

## CERTIFICATE OF SERVICE

  I hereby certify that on this 5th day of December 2025 a true and accurate copy of the forgoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                */s/ Daniel I. Bryant*
                Daniel I. Bryant (0090859)

107404310.1