# EXHIBIT A

# NOTICE OF OPPORTUNITY TO JOIN UNPAID OVERTIME WAGE LAWSUIT

*This is a Court-Authorized Notice and is Not a Solicitation from a Lawyer.*
*The Court Has Made No Finding as to the Merits of This Case at this Time.*

**If you are or were an hourly direct care employee of CHI Living Communities ("Defendant" or "CHI Living") and you (1) were working in assisted living, memory care, and skilled nursing/rehabilitation departments or facilities (not including independent living and adult day service departments or facilities), and (2) in those weeks where you worked 40 or more hours in a workweek, did not receive overtime pay due to a missed or interrupted meal period beginning [three years before the date the Motion was filed]  and continuing through the present, then you are eligible to join this collective action lawsuit under the federal Fair Labor Standards Act ("FLSA").**

**DEADLINE FOR JOINING: [INSERT DATE 60 DAYS AFTER MAILING]**

## What is this case about?

Whitney Hayward ("Named Plaintiff" or "Ms. Hayward"), who was a State Tested Nursing Assistant ("STNA") of CHI Living, filed this lawsuit alleging that CHI Living failed to compensate her and other direct care workers for all overtime hours worked because CHI Living deducted a meal break even though Ms. Hayward and others were not always able to take a fully uninterrupted meal break. Ms. Hayward contends that she and other direct care workers worked through their meal breaks or had them shortened due to performing job duties. In addition to Named Plaintiff, nine other direct care workers from facilities located in Ohio and Colorado have joined this case.

CHI Living denies Named Plaintiff's allegations and asserts that it has properly compensated its employees for all hours worked in compliance with all applicable laws. Specifically, CHI Living had policies that prohibited working off the clock, and had policies and mechanisms where direct care employees could report missed or interrupted meal breaks in order to be compensated for the time.

The lawsuit is titled *Whitney Hayward, on behalf of herself and others similarly situated v. CHI Living Communities*, Case No. 3:25-cv-1502, in the U.S. District Court for the Northern District of Ohio (the "Case").

The parties are actively litigating the Case, and the Court has not decided who is right or who is wrong, and has not ruled which party will ultimately prevail in this lawsuit.

## Why is this notice being sent?

The Court has approved and authorized this notice to be sent to you to inform you of your legal rights and ability to become a participant in this lawsuit.

## What happens if I join the Case?

If you elect to join, the lawyers listed on this Notice will represent you unless you elect to retain separate counsel (at your own cost). If you elect to join this case, you designate Named Plaintiff as your agent to make decisions for you relating to the litigation, including settlement, lawyer fees and costs, and any other matters relating to this case, regardless of whether a recovery is ultimately achieved. In other words, Named Plaintiff's decisions will be binding on you and your claims.   If you join, you will also be bound by any Court ruling, judgment, or settlement. If you join, you also may be required to respond to written

discovery and be a witness subject to depositions or testify during trial. If money is recovered in the Case, you may be entitled to receive a share of that money. However, a recovery is not guaranteed and depends on the adjudication of the claims.

If you join, you are not responsible for attorney's fees or costs because the lawyers representing Plaintiffs are being paid on a contingency fee basis. If you have additional questions about how the attorneys will be paid or the Case in general, you may contact them as set forth below.

Please understand that it is illegal for CHI Living to retaliate against you for joining this Case or to discourage you from joining it.

## How do I join the Case?
You must complete the enclosed Consent Form and return it by mail, fax, or email as provided in the Consent Form.

Please note: You are not a participant in the Case until you return the enclosed Consent Form and it is filed with the Court. If you return the Consent Form, you will be represented by the following attorneys:

<table>
<tr><td>

Daniel I. Bryant
**BRYANT LEGAL, LLC**
4400 N. High St., Suite 310
Columbus, Ohio 43214
Phone: (614) 704-0546
Facsimile: (614) 573-9826
Email: dbryant@bryantlegalllc.com
</td><td>

**COFFMAN LEGAL, LLC**
Matthew J.P. Coffman
Adam C. Gedling
Tristan T. Akers
1550 Old Henderson Road
Suite 126
Columbus, Ohio 43220
Ph: 614-618-4652
Fax: 614-386-9964
Email: contact@mcoffmanlegal.com
</td></tr>
</table>

## What if I do not join the Case?
You have no obligation to join the Case. It is wholly your independent decision to join or refrain. If you do not join the Case and money is recovered, you will not be entitled to a share of any of that money. If you do not join the case, you preserve the right to file your own separate claim, or not, as you choose.

## How quickly must I act to join the Case?
If you decide to join the Case, please complete and return the signed consent form by mail, fax, or email no later than [**INSERT 60-day Deadline**].

### PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE

107556904.1

## <u>CONSENT TO JOIN</u>

### *Hayward, et al., v. CHI Living Communities*
**United States District Court for the Northern District of Ohio**
**Case No. 3:25-cv-1502**

By signing below, I confirm I fit into the following definition:

**I am/was an hourly direct care employee of CHI Living Communities and (1) was working in assisted living, memory care, and skilled nursing/rehabilitation departments or facilities (not including independent living and adult day service departments or facilities), and (2) in those weeks where I worked 40 or more hours in a workweek, I did not receive pay for a missed or interrupted meal period beginning [three years before the date the Motion was filed], through the present.**

I hereby consent to be a party-plaintiff in the above lawsuit.

By my signature below, I designate Named Plaintiff Whitney Hayward and their attorneys at the law firm of Coffman Legal, LLC and Bryant Legal, LLC to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorneys' fees, expenses, and all other matters pertaining to this lawsuit.

_____          _____
**Full Name** (Print clearly)                                    **Date**


_____
**Signature**

**(Information below will be redacted to preserve privacy)**


_____          _____
**Street Address**                                               **City/State/Zip**


_____          _____
**Telephone Number**                                             **Email Address**


<u>**FAX**</u> **to:**        **[insert information]**
<u>**EMAIL**</u> **to:**      **[insert information]**
<u>**MAIL**</u> **to:**       **[insert information]**
**On or before: [insert 60-day Deadline]**

107556904.1